# ELECTRONIC RECORD

COA # 05-13-01509-CR      OFFENSE: 22.02

STYLE: Bryan William Reed v. The State of Texas      COUNTY: Collin

COA DISPOSITION:   AFFIRM      TRIAL COURT: 380th Judicial District Court

DATE: 12/05/2014      Publish: NO  TC CASE #:   380-80243-2013

# IN THE COURT OF CRIMINAL APPEALS

STYLE: Bryan William Reed v. The State of Texas      CCA #: _166-15_

_APPELLANT'S_ Petition      CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:      DATE: _____

_REFUSED_      JUDGE: _____

DATE: _04/29/2015_      SIGNED: _____    PC: _____

JUDGE: _Per Curiam_      PUBLISH: _____    DNP: _____

--------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**